IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DARLA K. BROWN,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CIVIL NO. 05-687-GPM |
| **STATE OF ILLINOIS, ROGER E. WALKER, in his official capacity as Director, Illinois Department of Corrections, and SHARON MITCHELL, in her official capacity as Manager, Illinois Department of Corrections,** | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, Honorable G. Patrick Murphy, Chief Judge, presiding, and the issues having been heard and a decision having been rendered,

**IT IS ORDERED AND ADJUDGED** that pursuant to Memorandum and Order dated March 30, 2006, the federal claims in the first amended complaint (Counts I through V) are **DISMISSED on the merits**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Court declines to exercise subject matter jurisdiction over the state law claims (Counts VI through VIII), and said claims are **DISMISSED without prejudice** to bringing them in state court.

**DATED**: 03/30/06

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
Deputy Clerk

APPROVED: s/ G. Patrick Murphy
G. PATRICK MURPHY
CHIEF U.S. DISTRICT JUDGE